```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 17-02356-JJT
Gerald J Ofier                                                          Chapter 13
Tammy J Ofier
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0314-5          User: AGarner             Page 1 of 2             Date Rcvd: Jul 25, 2017
                              Form ID: ntnew341         Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2017.
db/jdb         Gerald J Ofier,    Tammy J Ofier,    407 Russel Ct,    Effort, PA 18330-7766
4936303        Applied Card Bank,    PO Box 5165,    Newark, DE 19711
4936304        Beneficial,    PO Box 1231,    Brandon, FL 33509-1231
4936321       ++CONTINENTAL FINANCE COMPANY LLC,     PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Mabt/contfin,     121 Continental Dr,    Ste 1 Newark, DE 19713-4325)
4936305        Capital One,    Attn: General Correspondence/Bankruptcy,     PO Box 30285,
                Salt Lake City, UT 84130-0285
4936306        Capital One Bank USA N 15000,     Capital One Dr,    Richmond, VA23238-1119
4936308        Ccs/Bryant State Bank,    500 E 60th St N,    Sioux Falls, SD57104-0478
4936307        Ccs/Bryant State Bank Attn: Bankruptcy,     PO Box 215,    Bryant, SD57221-0215
4936310        Comenity Bank/Chadwcks,    PO Box 182789,    Columbus, OH43218-2789
4936311        Comenity Bank/Chadwicks,    PO Box 182125,    Columbus, OH43218-2125
4936309       ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court: Ccs/First Savings Bank,     500 E 60th St N,
                Sioux Falls, SD57104-0478)
4936314       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
4936315        First Savings Credit Card,    PO Box 5019,    Sioux Falls, SD57117-5019
4936316        First Svgs Bk-Blaze,    PO Box 5096,    Sioux Falls, SD57117-5096
4936318        Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD57104
4936319       ++LENDMARK FINANCIAL SERVICES LLC,     2118 USHER STREET,    COVINGTON GA 30014-2434
               (address filed with court: Lendmark Financial Ser,     2118 Usher St,
                NW Covington, GA 30014-2434)
4936325        Ocwen Loan Servicing, LLC Attn: Research/Bankruptc,     1661 Worthington Rd Ste 100,
                West Palm Beach, FL33409-6493
4930697       +PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
4939268        Wells Fargo Bank, N.A., dba Wells Fargo Dealer S,     PO Box 19657,    irvine, CA 92623-9657
4936326        Wells Fargo Dealer Services Attn: Bankruptcy,     PO Box 19657,    Irvine, CA92623-9657
4936327        Wfds,    PO Box 1697,    Winterville, NC28590-1697
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4936302        E-mail/Text: bnc-applied@quantum3group.com Jul 25 2017 18:56:55      Applied Bank,
                PO Box 17125,    Wilmington, DE19850-7125
4936312        E-mail/PDF: creditonebknotifications@resurgent.com Jul 25 2017 18:54:13      Credit One Bank NA,
                PO Box 98873,    Las Vegas, NV89193-8873
4936313        E-mail/PDF: creditonebknotifications@resurgent.com Jul 25 2017 18:54:06      Credit One Bank NA,
                PO Box 98875,    Las Vegas, NV89193-8875
4936322       +E-mail/Text: bankruptcy@matcotools.com Jul 25 2017 18:57:04      Matco Tools,    4403 Allen Rd,
                Stow, OH 44224-1096
4936324       +Fax: 407-737-5634 Jul 25 2017 19:03:00      Ocwen Loan Servicing L,    1661 Worthington Rd,
                West Palm Beach, FL 33409-6493
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4936323        Midland Funding,    2365 Northside Dr Ste 30 San Diego, CA9
cr*           +PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
4936317*      ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court: Fsb Blaze,     5501 S Broadband Ln,    Sioux Falls, SD57108-2253)
4936320*      ++LENDMARK FINANCIAL SERVICES LLC,     2118 USHER STREET,    COVINGTON GA 30014-2434
               (address filed with court: Lendmark Financial Services,     2118 Usher St,
                NW Covington, GA 30014-2434)
                                                                                   TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2017                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2017 at the address(es) listed below:

              Bradley Warren Weidenbaum    on behalf of Debtor Gerald J Ofier weidenbaumlaw@gmail.com,
               G25181@notify.cincompass.com
              Bradley Warren Weidenbaum    on behalf of Joint Debtor Tammy J Ofier weidenbaumlaw@gmail.com,
               G25181@notify.cincompass.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Gerald J Ofier
Tammy J Ofier

Debtor(s)

Chapter 13

Case No. 5:17−bk−02356−JJT

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: October 16, 2017 |
| --- | --- |
| | Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: AGarner, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: July 25, 2017