United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Gerald Joseph Ofier, Jr  
Tammy J Ofier  
    Debtors

Case No. 17-02356-JJT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AGarner     Page 1 of 2     Date Rcvd: Nov 22, 2017  
                    Form ID: ntcnfhrg     Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2017.

```
db/jdb         Gerald Joseph Ofier, Jr,    Tammy J Ofier,    407 Russel CT,    Effort, PA  18330-7766
4936303        Applied Card Bank,    PO Box 5165,    Newark, DE 19711
4936304        Beneficial,    PO Box 1231,    Brandon, FL 33509-1231
4936321       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
              (address filed with court: Mabt/contfin,    121 Continental Dr,    Ste 1 Newark, DE 19713-4325)
4936305        Capital One,    Attn: General Correspondence/Bankruptcy,    PO Box 30285,
                Salt Lake City, UT 84130-0285
4936306        Capital One Bank USA N 15000,    Capital One Dr,    Richmond, VA23238-1119
4936308        Ccs/Bryant State Bank,    500 E 60th St N,    Sioux Falls, SD57104-0478
4936307        Ccs/Bryant State Bank Attn: Bankruptcy,    PO Box 215,    Bryant, SD57221-0215
4936310        Comenity Bank/Chadwcks,    PO Box 182789,    Columbus, OH43218-2789
4936311        Comenity Bank/Chadwicks,    PO Box 182125,    Columbus, OH43218-2125
4936309       ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
              (address filed with court: Ccs/First Savings Bank,    500 E 60th St N,
                Sioux Falls, SD57104-0478)
4936314       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
4936315        First Savings Credit Card,    PO Box 5019,    Sioux Falls, SD57117-5019
4936316        First Svgs Bk-Blaze,    PO Box 5096,    Sioux Falls, SD57117-5096
4936318        Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD57104
4936319       ++LENDMARK FINANCIAL SERVICES LLC,    2118 USHER STREET,    COVINGTON GA 30014-2434
              (address filed with court: Lendmark Financial Ser,    2118  Usher  St,
                NW Covington, GA 30014-2434)
4936325        Ocwen Loan Servicing, LLC Attn: Research/Bankruptc,    1661 Worthington Rd Ste 100,
                West Palm Beach, FL33409-6493
4939268        Wells Fargo Bank, N.A., dba Wells Fargo Dealer S,    PO Box 19657,    irvine, CA 92623-9657
4982523        Wells Fargo Bank, National Association, et. al.,    OCWEN LOAN SERVICING, LLC,
                Attn: Bankruptcy Department,    P.O. BOX 24605,    WEST PALM BEACH FL, 33416-4605
4936326        Wells Fargo Dealer Services Attn: Bankruptcy,    PO Box 19657,    Irvine, CA92623-9657
4936327        Wfds,    PO Box 1697,    Winterville, NC28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4936302        E-mail/Text: bnc-applied@quantum3group.com Nov 22 2017 19:04:08      Applied Bank,
                PO Box 17125,    Wilmington, DE19850-7125
4936312        E-mail/PDF: creditonebknotifications@resurgent.com Nov 22 2017 19:06:20      Credit One Bank NA,
                PO Box 98873,    Las Vegas, NV89193-8873
4936313        E-mail/PDF: creditonebknotifications@resurgent.com Nov 22 2017 19:06:34      Credit One Bank NA,
                PO Box 98875,    Las Vegas, NV89193-8875
4967900        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2017 19:12:12
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4936322       +E-mail/Text: bankruptcy@matcotools.com Nov 22 2017 19:04:33      Matco Tools,    4403 Allen Rd,
                Stow, OH 44224-1096
4936324       +Fax: 407-737-5634 Nov 22 2017 19:15:17      Ocwen Loan Servicing L,    1661 Worthington Rd,
                West Palm Beach, FL 33409-6493
4970226        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 22 2017 19:12:24
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4930697       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 22 2017 19:12:23
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4971796       +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 22 2017 19:04:01      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
4960280        E-mail/Text: bnc-quantum@quantum3group.com Nov 22 2017 19:03:45
                Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                Kirkland, WA  98083-0788
4978516        E-mail/Text: bnc-quantum@quantum3group.com Nov 22 2017 19:03:45
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
4985792        E-mail/Text: jennifer.chacon@spservicing.com Nov 22 2017 19:04:33
                Wilmington Savings Fund Society, FSB, et al,    c/o Select Portfolio Servicing, Inc.,
                P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4936323        Midland Funding,    2365 Northside Dr Ste 30 San Diego, CA9
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4936317*      ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
              (address filed with court: Fsb Blaze,    5501 S Broadband Ln,    Sioux Falls, SD57108-2253)
4936320*      ++LENDMARK FINANCIAL SERVICES LLC,    2118 USHER STREET,    COVINGTON GA 30014-2434
              (address filed with court: Lendmark Financial Services,    2118  Usher  St,
                NW Covington, GA 30014-2434)
                                                                                 TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2017 at the address(es) listed below:
      Bradley Warren Weidenbaum    on behalf of Debtor 2 Tammy J Ofier weidenbaumlaw@gmail.com,
       G25181@notify.cincompass.com
      Bradley Warren Weidenbaum    on behalf of Debtor 1 Gerald Joseph Ofier, Jr weidenbaumlaw@gmail.com,
       G25181@notify.cincompass.com
      Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
      James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
       Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
       bkgroup@kmllawgroup.com
      Mario John Hanyon    on behalf of Creditor   Wells Fargo Bank, National Association, As Trustee
       For et al. pamb@fedphe.com
      Thomas Song    on behalf of Creditor   Wells Fargo Bank Corporate Trust Services
       thomas.song@phelanhallinan.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 7

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Gerald Joseph Ofier Jr  
aka Gerald J Ofier  
Tammy J Ofier

Chapter 13

Case No. 5:17−bk−02356−JJT

Debtor(s)

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **December 21, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 9, 2018<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: AGarner, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 22, 2017 |