UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GERALD J. OFIER and | : | CHAPTER 13 |
| TAMMY J. OFIER | : | |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| GERALD J. OFIER and | : | |
| TAMMY J. OFIER | : | |
| Respondent(s) | : | CASE NO. 5-17-bk-02356 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 20th day of November, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon the Means Test calculation and specifically disputes the following amounts:

  a. Actual taxes incurred with tax refund adjustment – Line 16.
  b. Plan payment calculation sum of Lines 34, 35, 36 45.
  c. Line 25

2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

  a. Secured claims not in plan.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

  a. Deny confirmation of debtor(s) plan.

      b. Dismiss or convert debtor(s) case.
      c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Charles J. DeHart, III  
Standing Chapter 13 Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036  
(717) 566-6097

CERTIFICATE OF SERVICE

      AND NOW, this 29th day of November, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Bradley Weidenbaum, Esquire  
P.O. Box 721  
Brodheadsville, PA 18356

/s/Deborah A. Behney  
Office of Charles J. DeHart, III  
Standing Chapter 13 Trustee