UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GERALD J. OFIER and TAMMY J. OFIER : Debtor(s) | : CHAPTER 13 : : : |
| CHARLES J. DEHART, III STANDING CHAPTER 13 TRUSTEE | : : : |
| vs. | : : |
| GERALD J. OFIER and TAMMY J. OFIER Respondent(s) | : : OBJECTION TO EXEMPTIONS : CASE NO. 5-17-bk-02356-JJT |

ORDER

Upon consideration of the Trustee's Objection to Debtors' Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.