UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GERALD J OFIER<br>TAMMY J OFIER | CASE NO: 5:17-02356-JJT<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 8/14/2018, I did cause a copy of the following documents, described below,

NOTICE OF CONFIRMATION HEARING AND OBJECTION DEADLINE

2nd Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/14/2018

                                              <ins>/s/ Bradley Warren Weidenbaum</ins>
                                              Bradley Warren Weidenbaum  85241
                                              Bradley Warren Weidenbaum - Attorney at Law
                                              PO Box 721
                                              Brodheadsville, PA  18322
                                              570 992 3900

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GERALD J OFIER<br>TAMMY J OFIER | CASE NO: 5:17-02356-JJT<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 8/14/2018, a copy of the following documents, described below,

NOTICE OF CONFIRMATION HEARING AND OBJECTION DEADLINE

2nd Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/14/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Bradley Warren Weidenbaum
Bradley Warren Weidenbaum - Attorney at Law
PO Box 721
Brodheadsville, PA  18322

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
03145
CASE 5-17-BK-02356-JJT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE
TUE AUG 14 08-23-54 EDT 2018

APPLIED BANK
PO BOX 17125
WILMINGTON DE 19850-7125

APPLIED CARD BANK
PO BOX 5165
NEWARK DE 19711

BENEFICIAL
PO BOX 1231
BRANDON FL 33509-1231

JEROME B BLANK
PHELAN HALLINAN SCHMIEG LLP
ONE PENN CENTER
1617 JFK BOULEVARD SUITE 1400
PHILADELPHIA PA 19103-1814

CAPITAL ONE
ATTN GENERAL CORRESPONDENCEBANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE BANK USA N 15000
CAPITAL ONE DR
RICHMOND VA 23238-1119

CCSBRYANT STATE BANK
500 E 60TH ST N
SIOUX FALLS SD 57104-0478

CCSBRYANT STATE BANK ATTN BANKRUPTCY
PO BOX 215
BRYANT SD 57221-0215

FIRST SAVINGS BANK
PO BOX 5096
SIOUX FALLS SD 57117-5096

COMENITY BANKCHADWCKS
PO BOX 182789
COLUMBUS OH 43218-2789

COMENITY BANKCHADWICKS
PO BOX 182125
COLUMBUS OH 43218-2125

CREDIT ONE BANK NA
PO BOX 98873
LAS VEGAS NV 89193-8873

CREDIT ONE BANK NA
PO BOX 98875
LAS VEGAS NV 89193-8875

CHARLES J DEHART III TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS SD 57104-4868

FIRST SAVINGS CREDIT CARD
PO BOX 5019
SIOUX FALLS SD 57117-5019

FIRST SVGS BK BLAZE
PO BOX 5096
SIOUX FALLS SD 57117-5096

FST PREMIER
601 S MINNEAPOLIS AVE
SIOUX FALLS SD 57104

MARIO JOHN HANYON
PHELAN HALLINAN SCHMIEG
1617 JFK BLVD
SUITE 1400
PHILADELPHIA PA 19103-1814

LVNV FUNDING LLC ITS SUCCESSORS AND
ASSIGNS
ASSIGNEE OF FNBM LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LENDMARK FINANCIAL SERVICES
2118 USHER ST
COVINGTON GA 30014-2434

CONTINENTAL FINANCE COMPANY LLC
PO BOX 8099
NEWARK DE 19714-8099

MATCO TOOLS
4403 ALLEN RD
STOW OH 44224-1096

OCWEN LOAN SERVICING L
1661 WORTHINGTON RD
WEST PALM BEACH FL 33409-6493

OCWEN LOAN SERVICING LLC ATTN
RESEARCHBAN
1661 WORTHINGTON RD STE 100
WEST PALM BEACH FL 33409-6493

DEBTOR
GERALD JOSEPH OFIER JR
407 RUSSEL CT
EFFORT PA 18330-7766

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| TAMMY J OFIER<br>407 RUSSEL CT<br>EFFORT PA 18330-7766 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| PREMIER BANKCARD LLC<br>JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>SADINO FUNDING LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| THOMAS SONG<br>PHELAN HALLINAN DIAMOND JONES<br>1617 JFK BOULEVARD<br>SUITE 1400<br>PHILADELPHIA PA 19103-1814 | UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 | JAMES WARMBRODT<br>701 MARKET STREET SUITE 5000<br>PHILADEPHIA PA 19106-1541 |
| BRADLEY WARREN WEIDENBAUM<br>PO BOX 721<br>BRODHEADSVILLE PA 18322-0721 | WELLS FARGO BANK NA DBA WELLS FARGO<br>DEAL<br>PO BOX 19657<br>IRVINE CA 92623-9657 | WELLS FARGO BANK NATIONAL ASSOCIATION<br>ET<br>OCWEN LOAN SERVICING LLC<br>ATTN- BANKRUPTCY DEPARTMENT<br>PO BOX 24605<br>WEST PALM BEACH FL 33416-4605 |
| WELLS FARGO DEALER SERVICES ATTN<br>BANKRUPTCY<br>PO BOX 19657<br>IRVINE CA 92623-9657 | WFDS<br>PO BOX 1697<br>WINTERVILLE NC 28590-1697 | WILMINGTON SAVINGS FUND SOCIETY FSB ET<br>AL<br>CO SELECT PORTFOLIO SERVICING INC<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 |