IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Gerald Joseph Ofier, Jr AKA Gerald | : | Case No.: 17-02356 |
| J Ofier | : | Chapter 13 |
| Tammy J Ofier | : | Judge Robert N. Opel II |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| Debtor(s). | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, its successor and assigns ("Creditor") in the above referenced case.

Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-029309_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Gerald Joseph Ofier, Jr AKA Gerald J Ofier | : | Case No.: 17-02356 |
| | : | Chapter 13 |
| Tammy J Ofier | : | Judge Robert N. Opel II |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| Debtor(s). | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101

Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036

Bradley Warren Weidenbaum, Attorney for Gerald Joseph Ofier, Jr AKA Gerald J Ofier and Tammy J Ofier, PO Box 721, Brodheadsville, PA 18322, postergo@epix.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on August 13, 2019:

Gerald Joseph Ofier, Jr AKA Gerald J Ofier and Tammy J Ofier, 407 Russel CT, Effort, PA 18330-7766

DATE: August 13, 2019

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-029309_PS