

From: Gerald J Ofier
407 Russell Crt
Effort P.A. 18330
Case No.: 17-02356

I have just got paper mailed to me for a Motion for relief from automatic stay. We have been in bankruptcy for about two years, we have been left with just enough money to get by and pay what ever bills we have left. I know that we have fallen behind on our car auto payment, I have sent in the payment for the amount we were behind. We have had a couple huge bills at our house that we had to take care of and only the money left from our pay checks to pay them with. We are very sorry and will to pay more attention to do more with making the money we have left. This will not happen again, the rest of the auto payments will be on time from now on.

                             Thank you
                             Gerald J Ofier
                             Tammy J Ofier