LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **Gerald Joseph Ofier, Jr AKA Gerald J Ofier** | : | CHAPTER **13** |
| **Tammy J Ofier** | : | CASE NO.: **17-02356** |
| | : | |
| **Debtor(s)** | : | |
| | : | |
| **Wells Fargo Bank N.A., d/b/a Wells Fargo Auto** | : | ADVERSARY NO. ___-____-ap-_____ |
| | : | (if applicable) |
| Plaintiff(s)/Movant(s) | : | |
| **vs** | : | Nature of Proceeding: **Hearing** |
| | : | Pleading: **Motion for Relief from the Automatic Stay** |
| **Gerald Joseph Ofier, Jr AKA Gerald J Ofier** | : | |
| **Tammy J Ofier** | : | |
| | | Document #: **101** |
| **Charles J. DeHart III** | | |
| Defendants(s)/Respondent(s) | | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

☒ Thirty (30) days.

☐ Forty-five (45) days.

☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: September 4, 2019                    /s/ Karina Velter

19-029309_SCS2

Attorney for Movant  Karina Velter

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.

19-029309_SCS2