```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 17-02356-RNO
Gerald Joseph Ofier, Jr                                         Chapter 13
Tammy J Ofier
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke          Page 1 of 1          Date Rcvd: Jun 30, 2020
                              Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2020.
db/jdb    Gerald Joseph Ofier, Jr,   Tammy J Ofier,   407 Russel CT,   Effort, PA   18330-7766

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2020 at the address(es) listed below:
              Bradley Warren Weidenbaum    on behalf of Plaintiff Tammy J Ofier weidenbaumlaw@gmail.com,
               G25181@notify.cincompass.com
              Bradley Warren Weidenbaum    on behalf of Debtor 2 Tammy J Ofier weidenbaumlaw@gmail.com,
               G25181@notify.cincompass.com
              Bradley Warren Weidenbaum    on behalf of Plaintiff Gerald Joseph Ofier, Jr
               weidenbaumlaw@gmail.com,   G25181@notify.cincompass.com
              Bradley Warren Weidenbaum    on behalf of Debtor 1 Gerald Joseph Ofier, Jr weidenbaumlaw@gmail.com,
               G25181@notify.cincompass.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, National Association, As Trustee For
               et al. pamb@fedphe.com
              Karina Velter    on behalf of Creditor    Wells Fargo Bank NA, dba Wells Fargo Auto
               amps@manleydeas.com
              Mario John Hanyon    on behalf of Creditor    Wells Fargo Bank, National Association, As Trustee
               For et al. pamb@fedphe.com
              Thomas Song    on behalf of Creditor    Wells Fargo Bank, National Association, As Trustee For et
               al. pamb@fedphe.com
              Thomas Song    on behalf of Creditor    Wells Fargo Bank Corporate Trust Services pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

GERALD J. OFIER, JR.
TAMMY J. OFIER, JR.
Debtors.

Case No. 5: 17-02356-RNO

**Chapter 13**

ORDER

GERALD J. OFIER, JR.
TAMMY J. OFIER
Movant Debtor

vs.

CHARLES DEHART, III
Standing Chapter 13 Trustee
    Respondent.
vs.

All interested creditors.
    Respondent(s)

ORDER

And Now, the movant having evinced proper service of the following:

1. Motion to Modify Plan Post Confirmation,
2. Proposed Order,
3. Notice of Objection Date,
4. 4th Amended Plan

Service having been made on all interested creditors or effected parties and and there being no objection or response filed thereto, Debtors' Motion to Modify their Plan Post Confirmation is GRANTED and the Fourth Amended Plan is approved.

Dated:  June 29, 2020

By the Court,

*/s/ Robert N. Opel II*

Robert N. Opel, II, Bankruptcy Judge   BI