UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
    GERALD J OFIER                                               Case No.: 5-17-02356-RNO
    TAMMY J OFIER                                                Chapter 13
          Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                **MORTGAGE INFORMATION**
Creditor Name:                     PHH MORTGAGE CORPORATION
Court Claim Number:            13
Last Four of Loan Number:      8486/PRE ARREARS/84 RUSSELL COURT
Property Address if applicable:   84 RUSSELL COURT, AKA 407 RUSSELL COURT, EFFORT, PA 18330-7766

**PART 2:**                **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a.   Allowed prepetition arrearages:                                      $3,223.57
b.   Prepetition arrearages paid by the Trustee:                     $3,223.57
c.   Amount of postpetition fees, expenses, and charges recoverable
      Under Bankruptcy Rule 3002.1(c):                                       $0.00
d.   Amount of postpetition fees, expenses, and charges recoverable
      Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:    $0.00
e.   Allowed postpetition arrearage:                                      $7,779.32
f.    Postpetition arrearages paid by the Trustee:                      $7,779.32
g.   Total b, d, f:                                                             $11,002.89

**PART 3:**                **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  December 21, 2020  Respectfully submitted,

<span style="text-decoration: underline">s/ Charles J. DeHart, III, Trustee</span>
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com

Creditor Name: PHH MORTGAGE CORPORATION
Court Claim Number: 13

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|-----------|----------|------------|
| 5200 | 1204857 | 07/11/2019 | $129.54 | $0.00 | $129.54 |
| 5200 | 1207693 | 09/26/2019 | $118.63 | $0.00 | $118.63 |
| 5200 | 1208806 | 10/10/2019 | $124.24 | $0.00 | $124.24 |
| 5200 | 1212690 | 01/16/2020 | $373.08 | $0.00 | $373.08 |
| 5200 | 1216631 | 04/14/2020 | $300.64 | $0.00 | $300.64 |
| 5200 | 1218622 | 06/02/2020 | $38.08 | $0.00 | $38.08 |
| 5200 | 1220688 | 08/12/2020 | $400.92 | $0.00 | $400.92 |
| 5200 | 1221747 | 09/17/2020 | $693.48 | $0.00 | $693.48 |
| 5200 | 1222742 | 10/15/2020 | $493.07 | $0.00 | $493.07 |
| 5200 | 1223553 | 11/03/2020 | $295.94 | $0.00 | $295.94 |
| 5200 | 1224517 | 12/10/2020 | $255.95 | $0.00 | $255.95 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
    GERALD J OFIER                                         Case No.: 5-17-02356-RNO
    TAMMY J OFIER                                         Chapter 13
            Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 21, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| BRADLEY W WEIDENBAUM, ESQUIRE<br>PO BOX 721<br>BRODHEADSVILLE PA, 18322- | SERVED ELECTRONICALLY |
| PHH MORTGAGE CORPORATION<br>BANKRUPTCY DEPARTMENT<br>PO BOX 24605<br>WEST PALM BEACH, FL, 33416-4605 | SERVED BY 1ST CLASS MAIL |
| GERALD J OFIER<br>TAMMY J OFIER<br>407 RUSSEL CT.<br>EFFORT, PA 18330-7766 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 21, 2020

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com