Fill in this information to identify the case:

Debtor 1    GERALD JOSEPH OFIER, JR A/K/A GERALD J OFIER

Debtor 2    TAMMY J OFIER
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number 5:17-bk-02356-RNO

Form 4100R

# Response to Notice of Final Cure Payment     12/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

| | |
|---|---|
| **Name of Creditor:** Wells Fargo Bank, National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2005-FR2 Mortgage Pass-Through Certificates, Series 2005-FR2 | **Court claim no.** (if known): 13 |

**Last 4 digits** of any number you use to identify the debtor's account: 0193

**Property address:**    407 Russell Ct
Number Street
Effort, PA 18330
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   The next postpetition payment from the debtor(s) is due on: _____
                                                                                 MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a. Total postpetition ongoing payments due: | (a) $ | 4,652.36 |
| b. Total fees, charges, expenses, escrow, and costs outstanding: | +(b) $ | 0.00 |
| c. **Total**. Add lines a and b. | (c) $ | 4,652.36 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:       10/01/2020
                                                           MM/DD/YYYY

Debtor1 <u>GERALD JOSEPH OFIER, JR A/K/A GERALD J OFIER</u>     Case number *(if known)* <u>5:17-bk-02356-RNO</u>
        First        Middle        Last

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ <u>/s/Mario Hanyon</u>     Date <u>01/07/2021</u>
   Signature

Print    <u>Mario Hanyon</u>                       Title   <u>Attorney</u>
        First Name    Middle Name    Last Name

Company   <u>Brock & Scott, PLLC</u>

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   <u>302 Fellowship Road, Ste 130</u>
        Number       Street

        <u>Mount Laurel, NJ 08054</u>
        City                    State      ZIP Code

Contact phone   <u>844-856-6646 x4560</u>      Email <u>pabkr@brockandscott.com</u>

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br><br>GERALD JOSEPH OFIER, JR A/K/A GERALD J OFIER AND TAMMY J OFIER | Case No. 5:17-bk-02356-RNO<br><br>Chapter 13 |
| Wells Fargo Bank, National Association, as Trustee for Securitized Asset Backed Receivables LLC Trust 2005-FR2 Mortgage Pass-Through Certificates, Series 2005-FR2,<br><br>    Movant<br><br>vs.<br><br>GERALD JOSEPH OFIER, JR A/K/A GERALD J OFIER AND TAMMY J OFIER,<br><br>    Debtors<br><br>and<br><br>Charles J. DeHart, III<br><br>    Respondent | 11 U.S.C. §362 and §1301 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Response To Notice Of Final Cure Payment has been electronically served or mailed, postage prepaid on January 7, 2021 to the following:

Service by First-Class mail:
GERALD JOSEPH OFIER, JR A/K/A GERALD J OFIER
407 RUSSEL CT
EFFORT, PA 18330-7766

TAMMY J OFIER
407 RUSSEL CT
EFFORT, PA 18330-7766

Service by Electronic means:
Bradley Warren Weidenbaum, Debtor's Attorney
PO Box 721
Brodheadsville, PA 18322

Charles J. DeHart, III, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee, US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

               */s/ Mario Hanyon*
               Mario Hanyon
               (Bar No. 203993)
               Attorney for Creditor
               BROCK & SCOTT, PLLC
               302 Fellowship Road, Ste 130
               Mount Laurel, NJ 08054
               Telephone: 844-856-6646 x4560
               Facsimile: 704-369-0760
               E-Mail: pabkr@brockandscott.com

**Exhibit "A"**

| Name: | Gerald Joseph Ofier, Jr | | | | | | Due Date | Due Amt |
|---|---|---|---|---|---|---|---|---|
| BK Case Number: | 17-BK-02356-JJT | | | | | | 10/1/2020 | 1491.18 |
| Filing Date: | 6/5/2017 | | | | | | 11/1/2020 | 1491.18 |
| Post First Due: | 7/1/2017 | | | Completed By: | | | 12/1/2020 | 1406.48 |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance | | 1/1/2021 | 1406.48 |
| | 6/15/2017 | 1,436.80 | | $ 1,436.80 | $ 1,436.80 | | | |
| 7/1/2017 | 7/17/2017 | 1,436.00 | 1443.89 | $ (7.89) | $ 1,428.91 | | | |
| 8/1/2017 | 8/16/2017 | 1,443.89 | 1443.89 | $ - | $ 1,428.91 | | | |
| 9/1/2017 | 9/21/2017 | 1,400.00 | 1443.89 | $ (43.89) | $ 1,385.02 | | | |
| 10/1/2017 | 10/20/2017 | 1,250.00 | 1443.89 | $ (193.89) | $ 1,191.13 | | | |
| 11/1/2017 | 11/22/2017 | 1,300.00 | 1443.89 | $ (143.89) | $ 1,047.24 | | | |
| 12/1/2017 | 1/11/2018 | 1,443.89 | 1443.89 | $ - | $ 1,047.24 | | | |
| 1/1/2018 | 2/9/2018 | 1,400.00 | 1517 | $ (117.00) | $ 930.24 | | | |
| 2/1/2018 | 3/2/2018 | 1,517.00 | 1517 | $ - | $ 930.24 | | | |
| 3/1/2018 | 4/6/2018 | 1,517.00 | 1517 | $ - | $ 930.24 | | | |
| 4/1/2018 | 5/15/2018 | 1,517.00 | 1517 | $ - | $ 930.24 | | | |
| 5/1/2018 | 6/15/2018 | 1,000.00 | 1517 | $ (517.00) | $ 413.24 | | | |
| 6/1/2018 | 8/4/2018 | 1,600.00 | 1517 | $ 83.00 | $ 496.24 | | | |
| 7/1/2018 | 9/10/2018 | 1,600.00 | 1517 | $ 83.00 | $ 579.24 | | | |
| 8/1/2018 | 11/20/2018 | 1,700.00 | 1517 | $ 183.00 | $ 762.24 | | | |
| 9/1/2018 | 2/4/2019 | 1,479.78 | 1517 | $ (37.22) | $ 725.02 | | | |
| 10/1/2018 | 3/7/2019 | 1,479.78 | 1517 | $ (37.22) | $ 687.80 | | | |
| | 4/2/2019 | 760 | | $ 760.00 | $ 1,447.80 | | | |
| 11/1/2018 | 4/16/2019 | 760 | 1517 | $ (757.00) | $ 690.80 | | | |
| | 4/29/2019 | 760 | | $ 760.00 | $ 1,450.80 | | | |
| 12/1/2018 | 5/13/2019 | 760 | 1479.78 | $ (719.78) | $ 731.02 | | | |
| 1/1/2019 | 5/28/2019 | 760 | 1479.78 | $ (719.78) | $ 11.24 | | | |
| | 7/18/2019 | 760 | | $ 760.00 | $ 771.24 | | | |
| 2/1/2019 | 7/29/2019 | 760 | 1479.78 | $ (719.78) | $ 51.46 | | | |
| | 8/13/2019 | 760 | | $ 760.00 | $ 811.46 | | | |
| 3/1/2019 | 8/14/2019 | 760 | 1479.78 | $ (719.78) | $ 91.68 | | | |
| | 8/16/2019 | 760 | | $ 760.00 | $ 851.68 | | | |
| 4/1/2019 | 8/29/2019 | 760 | 1479.78 | $ (719.78) | $ 131.90 | | | |
| | 9/25/2019 | 760 | | $ 760.00 | $ 891.90 | | | |
| 5/1/2019 | 9/25/2019 | 760 | 1479.78 | $ (719.78) | $ 172.12 | | | |
| | 9/26/2019 | 760 | | $ 760.00 | $ 932.12 | | | |
| 6/1/2019 | 10/11/2019 | 760 | 1479.78 | $ (719.78) | $ 212.34 | | | |
| | 11/1/2019 | 760 | | $ 760.00 | $ 972.34 | | | |
| 7/1/2019 | 11/19/2019 | 760 | 1479.78 | $ (719.78) | $ 252.56 | | | |
| | 12/4/2019 | 760 | | $ 760.00 | $ 1,012.56 | | | |
| 8/1/2019 | 12/16/2019 | 760 | 1479.78 | $ (719.78) | $ 292.78 | | | |
| | 1/8/2020 | 760 | | $ 760.00 | $ 1,052.78 | | | |
| 9/1/2019 | 1/8/2020 | 760 | 1479.78 | $ (719.78) | $ 333.00 | | | |
| | 1/21/2020 | 760 | | $ 760.00 | $ 1,093.00 | | | |
| 10/1/2019 | 2/6/2020 | 760 | 1479.78 | $ (719.78) | $ 373.22 | | | |
| | 2/21/2020 | 760 | | $ 760.00 | $ 1,133.22 | | | |
| 11/1/2019 | 3/9/2020 | 760 | 1479.78 | $ (719.78) | $ 413.44 | | | |
| | 3/19/2020 | 760 | | $ 760.00 | $ 1,173.44 | | | |
| 12/1/2019 | 4/6/2020 | 760 | 1491.18 | $ (731.18) | $ 442.26 | | | |
| | 4/24/2020 | 760 | | $ 760.00 | $ 1,202.26 | | | |
| 1/1/2020 | 5/1/2020 | 760 | 1491.18 | $ (731.18) | $ 471.08 | | | |
| | 5/29/2020 | 760 | | $ 760.00 | $ 1,231.08 | | | |
| 2/1/2020 | 6/12/2020 | 760 | 1491.18 | $ (731.18) | $ 499.90 | | | |
| | 6/23/2020 | 760 | | $ 760.00 | $ 1,259.90 | | | |
| 3/1/2020 | 6/26/2020 | 760 | 1491.18 | $ (731.18) | $ 528.72 | | | |
| 4/1/2020 | 12/29/2020 | 2813 | 1491.18 | $ 1,321.82 | $ 1,850.54 | | | |
| 5/1/2020 | | | 1491.18 | $ (1,491.18) | $ 359.36 | | | |
| 6/1/2020 | Consent order amount | 7779.32 | 1491.18 | $ 6,288.14 | $ 6,647.50 | | | |
| 7/1/2020 | | | 1491.18 | $ (1,491.18) | $ 5,156.32 | | | |
| 8/1/2020 | | | 1491.18 | $ (1,491.18) | $ 3,665.14 | | | |
| 9/1/2020 | | | 1491.18 | $ (1,491.18) | $ 2,173.96 | | | |
| 10/1/2020 | Due   MFR atty fees | -1031 | | $ (1,031.00) | $ 1,142.96 | | | |