United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Gerald Joseph Ofier, Jr

Tammy J Ofier

     Debtors

Case No. 17-02356-RNO

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5                  User: AutoDocke                       Page 1 of 2

Date Rcvd: Jan 11, 2021                Form ID: pdf010                      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | ADP Inc, PO Box 221230, El Paso, TX 79913-4230 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2021                     Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Wells Fargo Bank  National Association, et al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Bradley Warren Weidenbaum | on behalf of Plaintiff Tammy J Ofier weidenbaumlaw@gmail.com  G25181@notify.cincompass.com |
| Bradley Warren Weidenbaum | on behalf of Debtor 2 Tammy J Ofier weidenbaumlaw@gmail.com  G25181@notify.cincompass.com |
| Bradley Warren Weidenbaum | on behalf of Plaintiff Gerald Joseph Ofier  Jr weidenbaumlaw@gmail.com, G25181@notify.cincompass.com |
| Bradley Warren Weidenbaum | on behalf of Debtor 1 Gerald Joseph Ofier  Jr weidenbaumlaw@gmail.com, G25181@notify.cincompass.com |

Charles J DeHart, III (Trustee)

       TWecf@pamd13trustee.com

James Warmbrodt

       on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 bkgroup@kmllawgroup.com

Jerome B Blank

       on behalf of Creditor Wells Fargo Bank  National Association, As Trustee For et al. pamb@fedphe.com

Karina Velter

       on behalf of Creditor Wells Fargo Bank NA  dba Wells Fargo Auto amps@manleydeas.com

Mario J. Hanyon

       on behalf of Creditor Wells Fargo Bank  National Association, et al. mario.hanyon@brockandscott.com, wbecf@brockandscott.com

Mario John Hanyon

       on behalf of Creditor Wells Fargo Bank  National Association, As Trustee For et al. pamb@fedphe.com

Thomas Song

       on behalf of Creditor Wells Fargo Bank  National Association, As Trustee For et al. pamb@fedphe.com

Thomas Song

       on behalf of Creditor Wells Fargo Bank Corporate Trust Services pamb@fedphe.com

United States Trustee

       ustpregion03.ha.ecf@usdoj.gov


TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| | ) | Case No. 5:17-02356-RNO |
| GERALD J. OFIER, JR. | ) | |
| TAMMY J. OFIER | ) | ORDER |
| Debtors. | ) | |
| | ) | |
| | | |
| TAMMY J. OFIER | ) | |
| Joint Debtor /Movant | ) | |
| | | |
| vs. | ) | |
| | ) | |
| ADP, Inc. [Home Depot] | ) | |
| Respondent | | |

ORDER

And Now, upon Joint Debtor's Motion to Terminate

"Amended Wage Attachment Order of 22 February 2019" requiring debtor's employer

[Home Depot] ADP, Inc. of P.O. Box 221230, El Paso, TX 79912 TO ATTACH

THE WAGES OF **TAMMY J. OFIER** IS HEREBY TERMINATED.


Dated: January 8, 2021          By the Court,

Robert N. Opel, II, Bankruptcy Judge (DG)