Certificate Number: 03088-PAM-DE-035351107

Bankruptcy Case Number: 17-02356


03088-PAM-DE-035351107

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on February 9, 2021, at 4:36 o'clock PM CST, Gerald J Ofier Jr. completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 9, 2021

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor