United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Gerald Joseph Ofier, Jr  
Tammy J Ofier  
    Debtors

Case No. 17-02356-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Feb 10, 2021      Form ID: 3180W      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Gerald Joseph Ofier, Jr, Tammy J Ofier, 407 Russel CT, Effort, PA 18330-7766 |
| 4936303 | | Applied Card Bank, PO Box 5165, Newark, DE 19711 |
| 4936306 | | Capital One Bank USA N 15000, Capital One Dr, Richmond, VA 23238-1119 |
| 4936308 | | Ccs/Bryant State Bank, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 4936307 | | Ccs/Bryant State Bank Attn: Bankruptcy, PO Box 215, Bryant, SD 57221-0215 |
| 4936309 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, Ccs/First Savings Bank, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 4936315 | | First Savings Credit Card, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 4936316 | | First Svgs Bk-Blaze, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 4936318 | | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 4936321 | + | Mabt/contfin, 121 Continental Dr, Ste 1 Newark, DE 19713-4326 |
| 4936324 | + | Ocwen Loan Servicing L, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 4936325 | | Ocwen Loan Servicing, LLC Attn: Research/Bankruptc, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 4982523 | | Wells Fargo Bank, National Association, et. al., OCWEN LOAN SERVICING, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH FL, 33416-4605 |
| 4936326 | | Wells Fargo Dealer Services Attn: Bankruptcy, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4936302 | | EDI: APPLIEDBANK.COM | Feb 10 2021 23:43:00 | Applied Bank, PO Box 17125, Wilmington, DE 19850-7125 |
| 4936305 | | EDI: CAPITALONE.COM | Feb 10 2021 23:43:00 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 4936310 | | EDI: WFNNB.COM | Feb 10 2021 23:43:00 | Comenity Bank/Chadwcks, PO Box 182789, Columbus, OH 43218-2789 |
| 4936311 | | EDI: WFNNB.COM | Feb 10 2021 23:43:00 | Comenity Bank/Chadwicks, PO Box 182125, Columbus, OH 43218-2125 |
| 4936312 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 10 2021 19:41:54 | Credit One Bank NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 4936313 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 10 2021 19:41:55 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 4936314 | + | EDI: AMINFOFP.COM | Feb 10 2021 23:43:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 4936319 | | Email/Text: ktramble@lendmarkfinancial.com | Feb 10 2021 18:47:00 | Lendmark Financial Ser, 2118 Usher St, NW Covington, GA 30014-2434 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 4936320 | | Email/Text: ktramble@lendmarkfinancial.com | Feb 10 2021 18:47:00 | Lendmark Financial Services, 2118 Usher St, NW Covington, GA 30014-2434 |
| 4967900 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2021 19:47:29 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4936322 | + | Email/Text: bankruptcy@matcotools.com | Feb 10 2021 18:47:00 | Matco Tools, 4403 Allen Rd, Stow, OH 44224-1096 |
| 4970226 | | EDI: PRA.COM | Feb 10 2021 23:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4930697 | + | EDI: PRA.COM | Feb 10 2021 23:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4971796 | + | EDI: JEFFERSONCAP.COM | Feb 10 2021 23:43:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 4960280 | | EDI: Q3G.COM | Feb 10 2021 23:43:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4978516 | | EDI: Q3G.COM | Feb 10 2021 23:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4939268 | | EDI: WFFC.COM | Feb 10 2021 23:43:00 | Wells Fargo Bank, N.A., dba Wells Fargo Dealer S, PO Box 19657, irvine, CA 92623-9657 |
| 4936327 | | EDI: WFFC.COM | Feb 10 2021 23:43:00 | Wfds, PO Box 1697, Winterville, NC28590-1697 |
| 4985792 | | Email/Text: jennifer.chacon@spservicing.com | Feb 10 2021 18:47:00 | Wilmington Savings Fund Society, FSB, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4936323 | | Midland Funding, 2365 Northside Dr Ste 30 San Diego, CA9 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4936317 | *P++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096, address filed with court:, Fsb Blaze, 5501 S Broadband Ln, Sioux Falls, SD57108-2253 |
| 4936304 | ## | Beneficial, PO Box 1231, Brandon, FL 33509-1231 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 12, 2021         Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew L Spivack | on behalf of Creditor Wells Fargo Bank National Association, et al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Bradley Warren Weidenbaum | on behalf of Plaintiff Gerald Joseph Ofier Jr weidenbaumlaw@gmail.com, G25181@notify.cincompass.com |
| Bradley Warren Weidenbaum | on behalf of Debtor 1 Gerald Joseph Ofier Jr weidenbaumlaw@gmail.com, G25181@notify.cincompass.com |
| Bradley Warren Weidenbaum | on behalf of Plaintiff Tammy J Ofier weidenbaumlaw@gmail.com G25181@notify.cincompass.com |
| Bradley Warren Weidenbaum | on behalf of Debtor 2 Tammy J Ofier weidenbaumlaw@gmail.com G25181@notify.cincompass.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1 bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor Wells Fargo Bank National Association, As Trustee For et al. pamb@fedphe.com |
| Karina Velter | on behalf of Creditor Wells Fargo Bank NA dba Wells Fargo Auto amps@manleydeas.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank National Association, As Trustee For et al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank National Association, et al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor Wells Fargo Bank National Association, As Trustee For et al. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Thomas Song | on behalf of Creditor Wells Fargo Bank Corporate Trust Services pamb@fedphe.com |
| Thomas Song | on behalf of Creditor Wells Fargo Bank National Association, As Trustee For et al. pamb@fedphe.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 15

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Gerald Joseph Ofier Jr<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2339<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Tammy J Ofier<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9627<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:17–bk–02356–RNO | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gerald Joseph Ofier Jr  
aka Gerald J Ofier

Tammy J Ofier

2/10/21

**By the court:** Robert N. Opel II  
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**