United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 17-02356-RNO
Gerald Joseph Ofier, Jr  Chapter 13
Tammy J Ofier
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Feb 18, 2021     Form ID: fnldec     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Gerald Joseph Ofier, Jr, Tammy J Ofier, 407 Russel CT, Effort, PA 18330-7766 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Wells Fargo Bank National Association, et al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Bradley Warren Weidenbaum | on behalf of Debtor 1 Gerald Joseph Ofier Jr weidenbaumlaw@gmail.com, G25181@notify.cincompass.com |
| Bradley Warren Weidenbaum | on behalf of Plaintiff Tammy J Ofier weidenbaumlaw@gmail.com G25181@notify.cincompass.com |
| Bradley Warren Weidenbaum | on behalf of Debtor 2 Tammy J Ofier weidenbaumlaw@gmail.com G25181@notify.cincompass.com |
| Bradley Warren Weidenbaum | on behalf of Plaintiff Gerald Joseph Ofier Jr weidenbaumlaw@gmail.com, G25181@notify.cincompass.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, as indenture trustee, for the CSMC 2017-1 |

Trust, Mortgage-Backed Notes, Series 2017-1 bkgroup@kmllawgroup.com

Jerome B Blank
on behalf of Creditor Wells Fargo Bank  National Association, As Trustee For et al. pamb@fedphe.com

Karina Velter
on behalf of Creditor Wells Fargo Bank NA  dba Wells Fargo Auto amps@manleydeas.com

Mario J. Hanyon
on behalf of Creditor Wells Fargo Bank  National Association, et al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
on behalf of Creditor Wells Fargo Bank  National Association, As Trustee For et al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario John Hanyon
on behalf of Creditor Wells Fargo Bank  National Association, As Trustee For et al. pamb@fedphe.com, mario.hanyon@brockandscott.com

Thomas Song
on behalf of Creditor Wells Fargo Bank  National Association, As Trustee For et al. pamb@fedphe.com

Thomas Song
on behalf of Creditor Wells Fargo Bank Corporate Trust Services pamb@fedphe.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Gerald Joseph Ofier Jr,<br>aka Gerald J Ofier, | Chapter 13 |
| **Debtor 1** | Case No. 5:17−bk−02356−RNO |
| Tammy J Ofier, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−2339    xxx−xx−9627

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: February 18, 2021

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ChristinaKovach, Deputy Clerk

**fnldec** (10/20)